IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:
**MICHELE KATRINA BANKS**                                              Case No. 25-40104-ELM
**DEBTOR(S),**

REPORT OF ( CONCLUDED) SECTION 341 MEETING
AND TRUSTEE'S RECOMMENDATION CONCERNING CONFIRMATION

**Meeting Information:**     Meeting Date: March 19, 2025       Time: 1:30 pm
                             Original Date: February 26, 2025

1. Debtor(s) Appeared?    D1: **YES**
   ID Checked: **YES**
   SS Checked: **YES**

2. Debtor(s) attorney/paralegal appeared? **YES**    Debtor(s) attorney\firm: **Richard Anderson**
   *representing* **LEINART LAW FIRM**

3. Creditors Appeared: **None** *representing*

4. **341 Meeting: CONCLUDED**

5. Payment Information:

   | | | | |
   |---|---|---|---|
   | Current monthly payment per Plan: | $255.00 | First Payment due: | 2/8/2025 |
   | $ rec'd as of 3/21/2025 | $510.00 | Length of Plan: | 60 months |
   | Base Amount per Plan: | $15,300.00 | | |

**Confirmation Issues:**  **REFER TO LEGAL: NO**

The tests for Confirmation have/have not been met, as follows:

**Y**  6. Disposable Income(monthly):    $0.00  x 36 ACP = Unsecured Pool per Trustee: **$0.00**

**Y**  7. Base Amount is sufficient.                          UCP per Plan: **$0.00**

**Y**  8. Debtor is Eligible (Unsecured & Priority under $419,275.00; Secured under $1,257,850.00.)

**Y**  9. Best Interest: Exemptions:   Federal: **YES**         State:

   Non-exempt Property Description and Equity in   **None**
   each item:
   Total Equity in non-exempt prop. $ **0.00**    Total Non-Exempt Equity per Plan: **$0.00**

**Y**  11. Exemptions Proper:     If no, explain:

**N**  12. Feasibility:  Surplus per I & J: **$261.00**

   _ Step     _ Balloon    **X** Unemployed    _ Negative Surplus/    **X** Projected Income    Other: **No proof of any income**
                                                 Insuff Surplus                                         **provided to TT.**

   | Plan Payments: | Which Debtor | Start Date | Pmt Amt | Frequency | # of Periods |
   |---|---|---|---|---|---|
   | | D1 | 02/08/2025 | $255.00 | MO | 60 |

**Y**  13. Good Faith Petition and Plan:

   a. Plan Payment at least 90 % I minus J $ **$234.90**

   b. Plan **does not** contain non-standard language.

   c. Other:

**N/A**  14. Domestic Support Obligation: Debtor testified that all post-petition DSO have been paid.

**Y**  15. Debtor testified that previous 4 years tax returns have been
       filed with the IRS. If no, year(s) not filed:

       Year(s) not provided to Trustee's office:

**N**  16. Business Case Meeting Required?

__Y__  17. Debtor Attorney Fees meet Guidelines.

By:     /s/ Angela Allen
        Angela Allen
        Presiding Officer

---

18. <u>Legal Department Notes</u>: Trustee recommends confirmation based on the above representations except:

Objection to be Filed?: **YES**

Objection Type:    **UD - New Employment D1**
                  **FEAS - Projected Income**

By:    <u>Angela Allen</u>
       Attorney for Trustee / Trustee